**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHAOS INDUSTRIES, INC., | Case No. 3:26-cv-04697 |
| Plaintiff, | **ORDER ON PLAINTIFF CHAOS INDUSTRIES, INC.'S ADMINISTRATIVE MOTION TO SEAL** |
| v. | |
| HAGEN O'NEILL and CHANDLER JOHNSON, | |
| Defendants. | |

Now before the Court is the motion filed by Plaintiff Chaos Industries, Inc.'s ("Plaintiff") to seal portions of its Complaint. The Court DENIES Plaintiff's motion to seal. By no later than June 8, 2026, Plaintiff shall publicly file an unredacted version of the Complaint.

**IT IS SO ORDERED**.

Dated: June 3, 2026

_____
SALLIE KIM
United States Magistrate Judge

GOODWIN PROCTER LLP
ATTORNEYS AT LAW

- 1 -
[PROPOSED] ORDER GRANTING CHAOS'S MOTION TO SEAL

Dated: _____, 2026

_____
UNITED STATES DISTRICT JUDGE

GOODWIN PROCTER LLP
ATTORNEYS AT LAW

NAME OF DOCUMENT HERE
NAME OF DOCUMENT HERE

CASE NO. 3:26-CV-00702-JSC

ACTIVE/207369466.2